UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONNIE E. DICKENS, on behalf of :
himself and others similarly situated, :
:
Plaintiff, :
:
v. : Case No.8:16-CV-803-T-30TGW
:
GC SERVICES LIMITED :
PARTNERSHIP, :
:
Defendant. :

## ORDER

THIS CAUSE came on for consideration upon the Defendant, GC Services Limited Partnership's, Opposed Motion to Stay Discovery and Supporting Memorandum of Law (Doc. 14) and the response thereto (Doc. 15).

The defendant requests a stay of discovery pending resolution of its motion to dismiss (Doc. 14). However, the defendant has not filed a motion to dismiss the complaint. Accordingly, it is inappropriate at this stage of the case to delay discovery. Therefore, the defendant's request to stay discovery will be denied.

It is, therefore, upon consideration

ORDERED:

That the Defendant, GC Services Limited Partnership's, Opposed Motion to Stay Discovery and Supporting Memorandum of Law (Doc. 14) be, and the same is hereby, **DENIED without prejudice**.

DONE and ORDERED at Tampa, Florida, this 5th day of July, 2016.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE