# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| RONNIE E. DICKENS, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | Civil Action No. 8:16-cv-00803-JSM-TGW |

## DEFENDANT'S OBJECTIONS AND ANSWERS TO PLAINTIFF'S
## FIRST SET OF INTERROGATORIES

To:   Plaintiff, Ronnie E. Dickens, by and through his attorney of record, Shireen Hormozdi, Attorney at Law, 1770 Indian Trail Lilburn Rd., Ste. 175, Norcross, GA, 30093.

Defendant, GC Services Limited Partnership, serves these objections and answers to Plaintiff's First Set of Interrogatories.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ *William S. Helfand*
William S. Helfand
24 Greenway Plaza, Ste. 1400
Houston, Texas 77046
(713) 659-6767
(713) 759-6830 (Fax)
Bill.Helfand@lewisbrisbois.com
Admitted *Pro Hac Vice*
ATTORNEYS FOR DEFENDANT

4841-6951-2756.3

5.   Identify the number of persons with an address in Florida to whom You sent an initial written communication between April 4, 2015 and April 4, 2016, in an attempt to collect a debt, where the written communication stated:

"However, if you do dispute all or any portion of this debt within 30 days of receiving this letter, we will obtain verification of the debt from our client and send it to you."

and/or

"Or, if within 30 days of receiving this letter you request the name and address of the original creditor, we will provide it to you in the event it differs from our client, Synchrony Bank."

**ANSWER: The number of persons with an address in Florida to whom Defendant sent an initial written communication between April 4, 2015 and April 4, 2016, in an attempt to collect a consumer debt, where the written communication stated:**

**"However, if you do dispute all or any portion of this debt within 30 days of receiving this letter, we will obtain verification of the debt from our client and send it to you."**

**and/or**

**"Or, if within 30 days of receiving this letter you request the name and address of the original creditor, we will provide it to you in the event it differs from our client, Synchrony Bank."**

**is 9,862.**

**Beyond this, Defendant objects to the interrogatory because it is overbroad and not reasonably tailored to meet the proportionality standards set forth in Rule 26(b)(1) of the Federal Rules of Civil Procedure. The issue of the number of persons who make up Plaintiff's putative class has been resolved rendering the remainder of the interrogatory unrelated to any claim or defense and further disproportionate to any claimed need.**

6.   Identify the number of persons with an address in Florida to whom You sent an initial written communication between April 4, 2015 and April 4, 2016, in an attempt to collect a debt incurred primarily for household, familial, or personal purposes, where the written communication stated:

"However, if you do dispute all or any portion of this debt within 30 days of receiving this letter, we will obtain verification of the debt from our client and send it to you."

and/or

"Or, if within 30 days of receiving this letter you request the name and address of the original creditor, we will provide it to you in the event it differs from our client, Synchrony Bank."

**ANSWER: 9,862.**

7. Identify the number of persons with an address in Florida to whom You sent an initial written communication between November 4, 2015 and April 4, 2016, in an attempt to collect a debt, where the written communication stated:

"However, if you do dispute all or any portion of this debt within 30 days of receiving this letter, we will obtain verification of the debt from our client and send it to you."

and/or

"Or, if within 30 days of receiving this letter you request the name and address of the original creditor, we will provide it to you in the event it differs from our client, Synchrony Bank."

**ANSWER: The number of persons with an address in Florida to whom Defendant sent an initial written communication between November 4, 2015 and April 4, 2016, in an attempt to collect a consumer debt, where the written communication stated:**

**"However, if you do dispute all or any portion of this debt within 30 days of receiving this letter, we will obtain verification of the debt from our client and send it to you."**

**and/or**

**"Or, if within 30 days of receiving this letter you request the name and address of the original creditor, we will provide it to you in the event it differs from our client, Synchrony Bank."**

**is 2,606.**

**Beyond this, Defendant objects to the interrogatory because it is overbroad and not reasonably tailored to meet the proportionality standards set forth in Rule 26(b)(1) of the Federal Rules of Civil Procedure. The issue of the number of persons who make up Plaintiff's putative class has been resolved rendering the remainder of the interrogatory unrelated to any claim or defense and further disproportionate to any claimed need.**

8. Identify the number of persons with an address in Florida to whom You sent an initial written communication between November 4, 2015 and April 4, 2016, in an attempt to collect a debt incurred primarily for household, familial, or personal purposes, where the written communication stated: