# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| RONNIE E. DICKENS,<br>on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>    Defendant. | Civil Action No. 8:16-cv-00803-JSM-TGW |

## **STATEMENT NOTING A PARTY'S DEATH**

Consistent with Rule 25(a) of the Federal Rules of Civil Procedure, GC Services Limited Partnership, a party to this action, has been notified by Plaintiff's counsel of the death during the pendency of this action of Ronnie E. Dickens, the plaintiff in this action.

Dated: October 20, 2017

            Respectfully submitted,

            By: */s/ William S. Helfand*
              William S. Helfand, Esq.
              LEWIS BRISBOIS BISGAARD & SMITH LLP
              24 Greenway Plaza, Ste. 1400
              Houston, Texas 77046
              (713) 659-6767
              (713) 759-6830 (Fax)
              Bill.Helfand@lewisbrisbois.com
              *Trial Counsel*
              *Admitted Pro Hac Vice*

            Attorneys for Defendant

CERTIFICATE OF SERVICE

      This is to certify that the undersigned counsel has this date, October 20, 2017, electronically filed Statement Noting a Party's Death with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who have made an appearance in this case, including:

James L. Davidson
Greenwald Davidson Radbil PLLC
5550 Glades Rd., Ste. 500
Boca Raton, FL 33431
jdavidson@gdrlawfirm.com

                                              */s/ William S. Helfand*
                                              William S. Helfand