UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

---

TERRI E. DICKENS, on behalf of the estate of Ronnie E. Dickens and others similarly situated,

   Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,

   Defendant.

Civil Action No.: 8:16-cv-00803-JSM-TGW

---

## DECLARATION OF TERRI E. DICKENS

I, Terri E. Dickens, do declare pursuant to 28 U.S.C. § 1746:

1. I submit this declaration in support of Plaintiff's renewed motion for class certification and appointment of class counsel.

2. I have personal knowledge of the matters below.

3. I am a natural person and I live in Florida.

4. I am the widow of Ronnie E. Dickens, and personal representative of his estate.

5. This case was very important to my husband and, as a result, it is very important to me.

6. I am committed to protecting the interests of the class members, to maximizing their recovery in this matter, and to making sure that GC Services Limited Partnership follows the laws that govern debt collectors.

7. I have retained Greenwald Davidson Radbil PLLC to represent me in this case in my role as personal representative.

8. I am prepared to make all decisions involving this case in the best interests of everyone in the proposed class.

9. I respectfully request that the Court grant the renewed motion for class certification, name me, in my role as personal representative, as class representative, and appoint my lawyers as class counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 26, 2018

*(signature)*
TERRI E. DICKENS