UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

---

TERRI E DICKENS, on behalf of the estate of : Civil Action No.: 8:16-cv-00803-JSM-TGW
Ronnie E. Dickens and others similarly situated,

Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,

Defendant.

---

## DECLARATION OF ANGEL NAYMAN

1. This declaration is made on behalf of non-party Synchrony Bank ("Synchrony"), in connection with the matter Terrie E Dickens, on behalf of the estate of Ronnie E. Dickens and other similarly situated v GC Services Limited Partnership.

2. I am employed by Synchrony Bank, formerly known as GE Capital Retail Bank ("Synchrony Bank"), as a Lead Litigation Analyst. My responsibilities include regularly accessing Synchrony's cardholder records, maintaining and compiling histories of cardholder terms and conditions and investigating account records and transactional histories including communications to and from cardholders. I am familiar with the manner in which credit card account agreements are maintained and the manner in which mailings are sent to Synchrony's cardholders. I have performed these responsibilities for Synchrony and its predecessors since 2011. The facts stated herein are true and correct and based upon my personal knowledge and/or upon my review of Synchrony's business records pertinent to this matter. If called as a witness to testify, I could and would competently testify to the facts set forth herein.

3.  Synchrony is a federal savings association with its charter home office located at 170 Election Road, Draper, Utah.

4.  Synchrony maintains records that, among other things, enable it to determine when an individual becomes a cardholder, when cardholder agreements and changes in terms of cardholder agreements are sent to cardholders, if and when a cardholder's account becomes overdue, and if and when debt collection activities commence on the account. Synchrony relies on these records in the ordinary course of managing and servicing its cardholders' accounts.

5.  Attached to this declaration are exhibits which contain Synchrony's records. These records were made at or about the times of the events reflected in each record, are maintained by Synchrony in the ordinary course of its regularly conducted business, and were made as part of the regular practice of that business. The attached records are copies of the original records.

6.  Synchrony has a number of credit card programs, including a Sam's Club ("Sam's Club") program under which it issues Sam's Club-branded credit card accounts. Prior to June 2014, the Sam's Club program offered Sam's Club Discover accounts. The program entitled cardholders to use their account to pay for goods and services from any participating merchant that accepted Discover Card.

7.  Synchrony's records reflect that on May 15, 2013 an application for a Sam's Club Discover-branded credit card was received in the name of Ronnie E. Dickens. On the same date, Synchrony approved the application and a Sam's Club Discover account ending -4738 (the "Account") was opened in the name of Ronnie E. Dickens. A true and correct copy of the credit card application information received by Synchrony for processing is attached hereto as Exhibit A.

8. On or about May 15, 2013, a Sam's Club Discover credit card and a copy of the credit card agreement that governed the Account were mailed to Ronnie E. Dickens at the address she provided in the application of 336 Vallejjo Ct, Lakeland, FL 33809. A true and correct copy of the credit card agreement is attached hereto as Exhibit B.

9. In or about June 2014, the Account was changed from a Sam's Club Discover credit card to a Sam's Club MasterCard credit card.

10. On or about August 6, 2014, a Sam's Club MasterCard credit card was mailed to Ronnie E. Dickens at the address of record, 336Vellejo Ct., Lakeland, FL 33809

11. Reflected within the billing statement dated March 23, 2016 was a change in terms to the Account. A true and correct copy of the billing statement is attached hereto as Exhibit C. That was the only change in terms notice for the Account.

12. On December 24, 2015 the Account was placed by Synchrony for collection efforts with Defendant

13. As part of Synchrony's regular activities in the ordinary course of its business, Synchrony maintains a record of any correspondence received from its cardholders, including requests to reject the arbitration provision. I have reviewed Synchrony's records and I have found no record of a notice from Ronnie E. Dickens exercising his right to reject the arbitration provision governing the Account

14. I declare under penalty of perjury that all of the foregoing statements are true and correct.

Executed on June 1౩, 2018.

*Angel Nayman* (signature)
Angel Nayman

## GENASYS - [RONNIE DICKENS]

System | Application | Queue | Window | Cross-Sell | Toolbar | Help | Other

**Keycode:** SAMSK4ZVT9
**DocId:**
**Client:** SAMSCONS
**Store:** 00000006441
**Branch:** CG9X **Org PC:** 030
**Dealer:** 6109 **Dec PC:** 030
**Dealer name:** SAM'S CLUB
**Dealer phone:** (941)853-2654
**Queue:** APPROVED
**Date Entered:** 05/15/13
**Via code:** R
**Promo Code:**
**Tracking:**
**SP Code:** R
**Num Cards:** 0001
**Decisioned:** 05/15/13
**Reason Code(s):** AA01
**Credit limit:** 4400
**Temp CL:**
**Account number:** 6011361092424738
**Temp Account number:** 6011363162424739
**Balance Transfer Info Req?:**

### Applicant
**Title:** **First Name:** RONNIE **Initial:** **Last Name:** DICKENS
**Mailing Address:** 336 VALLEJO CT
**Addr 2:**
**City:** LAKELAND **State:** FL **Zip:** 33809
**Home phone:** (863)815-1942 **Business phone:** (863)815-1942x
**Birthdate:** 11/21/1967 **Passcode:** **Soc sec #:** 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 **Ovr:**
**Cell Phone#:** ( ) -
**Passport #:** **Pass. Iss. Cntry:**
**Employer:** **Years:** 00
**Net Income:** 00004583 Monthly 54996
**Emp Type:** **Language:**
**Residence Type:** **Years:** 00
**Credit References:**
**Member No:** 10355467580  Checking  Savings
**Source Code:**  Visa  Master Card
**Previous Address:**
**City:** **State:** **Zip:**
**Name and Address of Relative:**
**Telephone:** ( ) -

### 2nd Applicant
**First Name:** **Initial:** **Last Name:** **Birthdate:** / /
**Net Income:** 0
**Soc sec #:** - - **Ovr:** **Relationship:** **Type of User:**

**Signature:**  Primary  Secondary
**RSA:** 00000000 **Opt-Out:**
**Drivers Lic (State, # & Exp Date):** FL D252725674210
**Callback:**
**Email Addr:** RONJON67@TAMPABAY.RR.COM
**Country Code:** US
**Fee Waiver:**  **Approval Code:**
**Plate Code:** **Exp:** 05/16
**Insurance:** **Bill Cycle:**
**Maiden Name:** **IP Address:**
**Type Of Sale:**
**MCR Org#:** **VID/EID Score OTP Status:** 000 **VID/EID Flag OTP opt IN:**

**RDC Total:** 4400
**Adv:** 00000880
**Resv:** 00004400

**Referral Code:**

### Notes
1000000000

### Messages
Index: 45, Flag: 18

### Flex Loan
**Requested Loan Amount:**
**Initial Funding Amount:**
**Annual Percentage Rate:**

### Loan Term
**Cust. Selected:**
**Max. Assigned:**
**Estimated Monthly Payment:**

**Funding Option:**
**ABA Routing #:** 000000000
**ABA Bank Name:**
**Occupation Code:**

### Bank Checking
**Number:**
**Verify:**
 MU Flag
**Access Code:**

[Process] [Override] [Add Override] [Queue] [Hold] [Add To Fraud] [Close]

Ready | GCOWPAT | 06/14/18  10:02:32 AM | VERIFY MODE | Production II | NUM

## GE CAPITAL RETAIL BANK
## SECTION I: RATES AND FEES TABLE
## SAM'S CLUB® DISCOVER® ACCOUNT AGREEMENT

| Interest Rates and Interest Charges | |
|---|---|
| **Annual Percentage Rate (APR) for Purchases** | **22.90%** <br> This APR will vary with the market based on the Prime Rate. |
| **APR for Balance Transfers** | 22.90% <br> This APR will vary with the market based on the Prime Rate. |
| **APR for Cash Advances** | 25.90% <br> This APR will vary with the market based on the Prime Rate. |
| **Paying Interest** | Your due date is at least 23 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your entire balance by the due date each month. We will begin charging interest on cash advances and balance transfers on the transaction date. |
| **Minimum Interest Charge** | If you are charged interest, the charge will be no less than $2.00. |
| **For Credit Card Tips from the Consumer Financial Protection Bureau** | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/learnmore. |

| Fees | |
|---|---|
| **Transaction Fees** | |
| • Balance Transfer | Either **$5** or **3%** of the amount of each transfer, whichever is greater. |
| • Cash Advance | Either **$5** or **3%** of the amount of each cash advance, whichever is greater. |
| • Foreign Transaction | **3%** of each transaction. |
| **Penalty Fees** | |
| • Late Payment | Up to **$35** |

**How We Will Calculate Your Balance:** We use a method called "daily balance". See your credit card account agreement below for more details.

**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in your credit card account agreement below.

## SECTION II: RATES, FEES AND PAYMENT INFORMATION
## SAM'S CLUB® DISCOVER® ACCOUNT AGREEMENT

| How Interest Is Calculated | |
|---|---|
| **Your Interest Rate** | We use a daily rate to calculate the interest on the balance on your account each day. The daily rate is the applicable APR times 1/365. Interest will be imposed in amounts or at rates not in excess of those permitted by applicable law. <br><br> The following rates apply to purchases, balance transfers and cash advances. The Annual Percentage Rates (APRs) applicable to your account are provided above in |

| | |
|---|---|
| | Section I of this Agreement. Your APRs will also be shown on your billing statement.<br><br>The APR for purchases is the prime rate plus 19.65%. As of September 1, 2013 the daily rate for purchases was .06274% (APR 22.90%).<br><br>The APR for balance transfers is the prime rate plus 19.65%. As of September 1, 2013 the daily rate for balance transfers was .06274% (APR 22.90%).<br><br>The APR for cash advances is the prime rate plus 22.65%. As of September 1, 2013 the daily rate for cash advances was .07096% (APR 25.90%).<br><br>**Daily Rates May Vary.** The APRs and the daily rates on your account vary with the market based on the prime rate. The prime rate for a billing cycle is the highest bank prime loan rate published in *The Wall Street Journal* in its Money Rates section on the last business day of the calendar month preceding the first day of the billing cycle.<br><br>If the prime rate increases, the daily rates and APRs will increase. As a result, interest, your total minimum payment and the number of payments it would take you to pay off your account balance may increase. We apply any change in rates because of a prime rate change to your entire account balance.  A change in the prime rate will take effect on the first day of the first billing cycle after the change. We may select a new interest rate index if the prime rate is not available. |
| **When We Charge Interest** | **Purchases.** We charge interest on your purchases from the date you make the purchase until you pay the purchase in full. See exceptions below.<br>● We will not charge you interest during a billing cycle on any purchases if:<br>　1. You had no balance at the start of the billing cycle; OR<br>　2. You had a balance at the start of the billing cycle and you paid that balance in full by the due date in that billing cycle.<br><br>● We will credit, as of the start of the billing cycle, any payment you make by the due date that we allocate to purchases if:<br>　1. You had no balance at the start of the previous billing cycle; OR<br>　2. You had a balance at the start of the previous billing cycle and you paid that balance in full by the due date in the previous billing cycle.<br><br>**Balance Transfer and Cash Advances.** We charge interest on your balance transfers and cash advances, and their related fees, from the date you make the transaction until you pay them in full. You cannot avoid paying interest on balance transfers or cash advances or their related fees. |
| **How We Calculate Interest** | We figure the interest charge on your account separately for each balance type. We do this by applying the daily rate to the daily balance for each day in the billing cycle. A separate daily balance is calculated for the following balance types, as applicable: purchases, balance transfers, cash advances and balances subject to different interest rates, plans or special promotions. See below for how this works.<br>1. How to get the daily balance. We take the starting balance each day, add any new charges and fees, and subtract any payments or credits. This gives us the daily balance.<br><br>　We apply fees to balance types as follows:<br>　a. late payment fees are treated as new purchases;<br>　b. debt cancellation fees are added proportionately to each balance;<br>　c. balance transfer fees are added to the balance transfer balance;<br>　d. cash advance fees are added to the cash advance balance; and<br>　e. foreign transaction fees are added to the purchase balance.<br>2. How to get the daily interest amount. We multiply each daily balance by the daily rate that applies.<br>3. How to get the starting balance for the next day. We add the daily interest amount in step 2 to the daily balance from step 1.<br>4. How to get the interest charge for the billing cycle. We add all the daily interest amounts that were charged during the billing cycle.<br><br>We charge a minimum of $2.00 of interest in any billing cycle in which you owe interest. This charge is added proportionately to each balance type. |

| **How Fees Work** | |
|---|---|
| **Balance Transfer Fee** | We will charge this fee for each balance transfer you make. |
| **Cash Advance Fee** | We will charge this fee for each cash advance you make. For ATM cash advances this fee is in addition to any fee the ATM owner may charge you for use of the ATM. |
| **Foreign Transaction Fee** | We will charge this fee for purchases or cash advances you make in currencies other than U.S dollars and/or in a country other than the U.S, whether or not the transaction was in a foreign currency. |
| | If a transaction is made in a foreign currency, the Discover Network will convert the transaction into a U.S. dollar amount in accordance with its operating regulations and conversion procedures in effect at the time the transaction is processed. Currently these regulations and procedures (which are subject to change by the Discover Network) provide that the currency conversion rate Discover Network uses is no greater than the highest (1) interbank conversion rate identified by Discover Network on the processing date; or (2) government mandated rate, in effect on the processing date or the previous business day. The currency conversion rate in effect on the processing date may differ from the rate in effect on the transaction date or the posting date. |
| **Late Payment Fee** | We will charge this fee if we do not receive the total minimum payment due on your account by 5 p.m. (ET) on the due date. This fee is equal to:<br>1. $25, if you have paid your total minimum payment due by the due date in each of the prior six billing cycles.<br>OR<br>2. $35, if you have failed to pay your total minimum payment due by the due date in any one or more of the prior six billing cycles.<br>The late payment fee will not be more than the total minimum payment that was due. |

**Minimum Payment Calculation**

Your total minimum payment is calculated as follows

The greater of:

1. $25, or $35 (which includes any past due amounts) if you have failed to pay at least the total minimum payment due by the due date in any one or more of the prior six billing cycles.

   OR
2. The sum of:
   a. Any past due amounts; PLUS
   b. 1% of your new balance shown on your billing statement; PLUS
   c. Any late payment fees charged in the current billing cycle; PLUS
   d. All interest charged in the current billing cycle; PLUS
   e. Any payment due in connection with a special promotional purchase with a unique payment calculation.

We round up to the next highest whole dollar in figuring your total minimum payment. Your total minimum payment will never be more than your new balance.

**Special Promotional Financing Offer Information**

At times, we may offer you special financing promotions for certain transactions ("special promotions"). The terms of this Agreement apply to any special promotion. However, any special promotional terms that are different than the terms in this Agreement will be explained on promotional advertising or other disclosures provided to you. Below is a description of certain special promotions that may be offered:

| | |
|---|---|
| • No Interest if Paid in Full Within 6 Months | For each promotion, if the promotional balance is not paid in full within the promotional period, interest will be imposed from the date of purchase at the variable Purchase APR that applies to your account when the promotional purchase is made. |
| • No Interest if Paid in Full Within 12 Months | |
| • No Interest if Paid in Full Within 18 Months | |
| | At the time your account is opened, the variable Purchase |

| | |
|---|---|
| • No Interest if Paid in Full Within 24 Months | APR is 22.90%. |
| • No Interest if Paid in Full Within 36 Months | Your Purchase APR will vary with the market based on the prime rate. |

When you make a qualifying purchase under one of these promotions, no interest will be assessed on the purchase if you pay the following (the "promotional balance") in full within the applicable promotional period: (1) the promotional purchase amount, and (2) any related optional credit insurance/debt cancellation charges. If you do not, interest will be assessed on the promotional balance from the date of the purchase. Minimum monthly payments are required. Some or all of the minimum payment based on the promotional balance may be applied to other account balances. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchases. Offers are subject to credit approval. These promotional offers may not be available at all times for all purchases. Please see any special promotion advertising or other disclosures provided to you for the full terms of any special promotion offered.

## SECTION III: STANDARD PROVISIONS
## SAM'S CLUB® DISCOVER® ACCOUNT AGREEMENT

**ABOUT THE CREDIT CARD ACCOUNT AGREEMENT**

**This Agreement.** This is an Agreement between you and GE Capital Retail Bank, 170 Election Road, Suite 125, Draper, UT 84020, for your credit card account shown above. By opening or using your account, you agree to the terms of the entire Agreement. The entire Agreement includes the four sections of this document and the application you submitted to us in connection with the account. These documents replace any other agreement relating to your account that you or we made earlier or at the same time.

**Parties To This Agreement.** This Agreement applies to each accountholder approved on the account and each of you is responsible for paying the full amount due, no matter which one uses the account. We may treat each of you as one accountholder and may refer to each of you as "you" or "your". GE Capital Retail Bank may be referred to as "we", "us" or "our".

**Changes To This Agreement.** We may change, add or delete terms of this Agreement, including interest rates, fees and charges.

**Special Promotions.** The terms of this Agreement apply to any special promotion. However, any special promotional terms that are different than the terms in this Agreement will be explained on promotional advertising or other disclosures provided to you.

**HOW TO USE YOUR ACCOUNT/CARD**

**Use Of Your Account.** You may use your account only for lawful personal, family or household purposes. You may use your account for purchases from Sam's Club and Walmart locations, including online at SamsClub.com and www.walmart.com and from any merchant that accepts Discover credit cards. You may obtain cash loans ("Quick Cash Advances") that we may offer at participating Sam's Club owned registers in Sam's Club locations. Each Quick Cash Advance may only be in the amount of $20.00, $40.00, $60.00, $80.00 or $100.00 and may only be obtained if you are making an approved purchase with your card. No more than one cash advance may be obtained on your account each day. Outside of Sam's Club, some merchants may offer you the opportunity to obtain cash loans ("Cash Over") at the time of purchase. Cash Over will be treated as purchases. You may get cash advances as further explained below. From time to time, we may offer you the chance to transfer balances from your other credit card accounts to this account. Details of the terms applicable to balance transfer will be provided with the offer. You may not use your account to pay amounts you owe us on this account or any other account you have with us.

**Cash Advances.** We may offer you the opportunity to get a cash advance with convenience checks that we send you. We may not honor a convenience check for any reason stated on the check. You can also get cash or make a withdrawal from any institution or ATM that accepts the card or the account. In addition, we will treat any purchase of certain cash like items as cash advances. Cash like items include for example, money orders, cashier's checks, traveler's checks, electronic or wire transfers, foreign currency or other in bank transactions, tax payments, lottery tickets or other legalized gambling transactions, court costs, bail bonds and fines.

**You Promise To Pay.** You promise to pay us for all amounts owed to us under this Agreement.

**Your Responsibility.** Each accountholder will receive a card. You may not allow anyone else to use your account. If you do, or if you ask us to send a card to someone else, you will be responsible for paying for all charges resulting from their transactions.

**Transaction Limits.** To prevent fraud, we may limit the number or dollar amount of any type of transactions you can make in any particular amount of time. We also may decline any particular charge on your account for any reason.

**Credit Limit.** You will be assigned a credit limit and cash advance limit on your account that we may increase or decrease from time to time. If we approve a transaction that makes you go over your credit limit or your cash advance limit, we do not give up any rights under this Agreement and we do not treat it as an increase in either limit.

**HOW AND WHEN TO MAKE PAYMENTS**

**When Payments Are Due.** You must pay at least the total minimum payment due on your account by 5 p.m. (ET) on the due date of each billing cycle. Payments received after 5 p.m. (ET) will be credited as of the next day. You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment. If you have a balance subject to interest, earlier payment may reduce the amount of interest you will pay. We may delay making credit available on your account in the amount of your payment even though we will credit your payment when we receive it.

**Payment Options.** You can pay by mail, online or at a Sam's Club or Walmart store. We may allow you to make payments over the phone but we will charge you a fee to make expedited phone payments. Your payment must be made in U.S. dollars by physical or electronic check, money order or a similar instrument from a bank located in the United States.

**How To Make A Payment.** You must follow the instructions for making payments provided on your billing statement. If you do not, credit of your payment may be delayed up to five days. Your billing statement also explains how information on your check is used.

**Payment Allocation.** We will apply the required total minimum payment to balances on your account using any method we choose. Any payment you make in excess of the required total minimum payment will be applied to higher APR balances before lower APR balances. Applicable law may require or permit us to apply excess payments in a different manner in certain situations, such as when your account has a certain type of special promotion.

**INFORMATION ABOUT YOU**

**Using And Sharing Your Information.** When you applied for an account, you gave us and Sam's Club information about yourself that we could share with each other. Sam's Club will use the information in connection with the credit program and for things like creating and updating its records and offering you special benefits. More information about how we use and share information is set forth in the privacy policy for your account.

**Address/Phone Change.** You agree to tell us right away if you change your address or phone number(s). We will contact you at the address or phone number in our records until we update our records with your new address or phone number.

**Consent To Communications.** You consent to us contacting you using all channels of communication and for all purposes. We will use the contact information you provide to us. You also consent to us and any other owner or servicer of your account contacting you using any communication channel. This may include text messages, automatic telephone dialing systems and/or an artificial or prerecorded voice. This consent applies even if you are charged for the call under your phone plan. You are responsible for any charges that may be billed to you by your communications carriers when we contact you.

**Telephone Monitoring.** For quality control, you allow us to listen to and/or record telephone calls between you and us.

**IMPORTANT INFORMATION ABOUT YOUR ACCOUNT**

**Closing Your Account.** You may close your account at any time by sending a letter to the address shown on your billing statement or calling customer service. We may close your account at any time, for any reason. If your account is closed, you must stop using it. You must still pay the full amount you owe and this Agreement will remain in effect until you do.

**Collection Costs.** If we ask an attorney who is not our salaried employee to collect your account, we may charge you our collection costs. These include court costs and reasonable attorneys' fees.

**Credit Bureau Reporting.** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be shown in your credit report. Tell us if you think we reported wrong information about you to a credit bureau. Write to us at P.O. Box 965005, Orlando, FL 32896-5005. Tell us what information is wrong and why you think it is wrong. If you have a copy of the credit report that includes the wrong information, send us a copy.

**Default.** You are in default if you make a late payment, do not follow any other term of this Agreement or become bankrupt or insolvent. If you default or upon your death, we may (a) request payment of the full amount due right away, (b) take legal action to collect the amounts owed, and/or (c) take any other action allowed.

**Disputed Amounts.** The billing rights summary in section IV of this Agreement describes what to do if you think there is a mistake on your bill. If you send us correspondence about a disputed amount or payment, you must send it to the address for billing inquiries. We do not give up any rights under this Agreement if we accept a payment marked "payment in full" or given with any other conditions or limitations.

**Unauthorized Use.** If your card is lost, stolen or used without your consent, call us immediately at 1-866-220-0254. You will not be liable for unauthorized use on your account, but you will be responsible for all use by anyone you give your card to or allow to use your account.

**Membership Billing/Cancellation. Your Sam's Club Membership ("Membership") fees will be charged annually to your account on or before your Membership renewal date. Your acceptance of the Card constitutes your agreement to such billing.** You are not required to apply and/or have an account in order to have a Membership, but you must be a Member in order to apply and/or have an account. If your Membership is suspended or cancelled for any reason, including but not limited to, a breach of any of the terms of the Sam's Savings™ Membership Conditions and Rules of Operation, then you understand that you will not be able to use this account. In addition, if your account is 90 days or more past due, then your Membership may be suspended or cancelled at Sam's Club's sole discretion.

**IMPORTANT INFORMATION ABOUT THIS AGREEMENT**

**Assignment.** We may sell, assign or transfer any or all of our rights or duties under this Agreement or your account, including our rights to payments. We do not have to give you prior notice of such action. You may not sell, assign or transfer any of your rights or duties under this Agreement or your account.

**Enforceability.** If any part of this Agreement is found to be void or unenforceable, all other parts of this Agreement will still apply.

**Governing Law.** Except as provided in the Resolving a Dispute with Arbitration section, this Agreement and your account are governed by federal law and, to the extent state law applies, the laws of Utah without regard to its conflicts of law principles. This Agreement has been accepted by us in Utah.

**Waiver.** We may give up some of our rights under this Agreement. If we give up any of our rights in one situation, we do not give up the same right in another situation.

**RESOLVING A DISPUTE WITH ARBITRATION**

**PLEASE READ THIS SECTION CAREFULLY. IF YOU DO NOT REJECT IT, THIS SECTION WILL APPLY TO YOUR ACCOUNT, AND MOST DISPUTES BETWEEN YOU AND US WILL BE SUBJECT TO INDIVIDUAL ARBITRATION. THIS MEANS THAT: (1) NEITHER A COURT NOR A JURY WILL RESOLVE ANY SUCH DISPUTE; (2) YOU WILL NOT BE ABLE TO PARTICIPATE IN A CLASS ACTION OR SIMILAR PROCEEDING; (3) LESS INFORMATION WILL BE AVAILABLE; AND (4) APPEAL RIGHTS WILL BE LIMITED.**

- **What claims are subject to arbitration**
  1. If either you or we make a demand for arbitration, you and we must arbitrate any dispute or claim between you or any other user of your account, and us, our affiliates, agents and/or Sam's Club if it relates to your account, except as noted below.
  2. We will not require you to arbitrate: (1) any individual case in small claims court or your state's equivalent court, so long as it remains an individual case in that court; or (2) a case we file to collect money you owe us. However, if you respond to the collection lawsuit by claiming any wrongdoing, we may require you to arbitrate.
  3. Notwithstanding any other language in this section, only a court, not an arbitrator, will decide disputes about the validity, enforceability, coverage or scope of this section or any part thereof (including, without limitation, the next paragraph of this section and/or this sentence). However, any dispute or argument that concerns the validity or enforceability of the Agreement as a whole is for the arbitrator, not a court, to decide.

- **No Class Actions**
  **YOU AGREE NOT TO PARTICIPATE IN A CLASS, REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL ACTION AGAINST US IN COURT OR ARBITRATION. ALSO, YOU MAY NOT BRING CLAIMS AGAINST US ON BEHALF OF ANY ACCOUNTHOLDER WHO IS NOT AN ACCOUNTHOLDER ON YOUR ACCOUNT, AND YOU AGREE THAT ONLY ACCOUNTHOLDERS ON YOUR ACCOUNT MAY BE JOINED IN A SINGLE ARBITRATION WITH ANY CLAIM YOU HAVE.** If a court determines that this paragraph is not fully enforceable, only this sentence will remain in force and the remainder will be null and void, and the court's determination shall be subject to appeal. This paragraph does not apply to any lawsuit or administrative proceeding filed against us by a state or federal government agency even when such agency is seeking relief on behalf of a class of borrowers, including you. This means that we will not have the right to compel arbitration of any claim brought by such an agency.

- **How to start an arbitration, and the arbitration process**

1. The party who wants to arbitrate must notify the other party in writing. This notice can be given after the beginning of a lawsuit or in papers filed in the lawsuit. Otherwise, your notice must be sent to GE Capital Retail Bank, Legal Operation, P.O. Box 29110, Shawnee Mission, KS 66201, ATTN: ARBITRATION DEMAND. The party seeking arbitration must select an arbitration administrator, which can be either the American Arbitration Association (AAA), 1633 Broadway, 10th Floor, New York, NY 10019, www.adr.org, (800) 778-7879, or JAMS, 620 Eighth Avenue, 34th Floor, New York, NY 10018, www.jamsadr.com, (800) 352-5267. If neither administrator is able or willing to handle the dispute, then the court will appoint an arbitrator.

2. If a party files a lawsuit in court asserting claim(s) that are subject to arbitration and the other party files a motion with the court to compel arbitration, which is granted, it will be the responsibility of the party asserting the claim(s) to commence the arbitration proceeding.

3. The arbitration administrator will appoint the arbitrator and will tell the parties what to do next. The arbitrator must be a lawyer with at least ten years of legal experience. Once appointed, the arbitrator must apply the same law and legal principles, consistent with the FAA, that would apply in court, but may use different procedural rules. If the administrator's rules conflict with this Agreement, this Agreement will control.

4. The arbitration will take place by phone or at a reasonably convenient location. If you ask us to, we will pay all the fees the administrator or arbitrator charges, as long as we believe you are acting in good faith. We will always pay arbitration costs, as well as your legal fees and costs, to the extent you prevail on claims you assert against us in an arbitration proceeding which you have commenced.

- **Governing Law for Arbitration**

This Arbitration section of your Agreement is governed by the Federal Arbitration Act (FAA). Utah law shall apply to the extent state law is relevant under the FAA. The arbitrator's decision will be final and binding, except for any appeal right under the FAA. Any court with jurisdiction may enter judgment upon the arbitrator's award.

- **How to reject this section.**
  **You may reject this Arbitration section of your Agreement. If you do that, only a court may be used to resolve any dispute or claim. To reject this section, you must send us a notice within 60 days after you open your account or we first provided you with your right to reject this section. The notice must include your name, address and account number, and must be mailed to GE Capital Retail Bank, P.O. Box 965012, Orlando, FL 32896-5012. This is the only way you can reject this section.**

### SECTION IV: OTHER IMPORTANT INFORMATION
### SAM'S CLUB® DISCOVER® ACCOUNT AGREEMENT

**STATE NOTICES**

**NEW JERSEY RESIDENTS:** Certain provisions of this Agreement are subject to applicable law. As a result, they may be void, unenforceable or inapplicable in some jurisdictions. None of these provisions, however, is void, unenforceable or inapplicable in New Jersey.

**NEW YORK RESIDENTS:** This Agreement will not become effective unless and until you or an authorized user signs a sales slip or memorandum evidencing a purchase or lease of property or services or the payment of a fine by use of your credit card and prior thereto you will not be responsible for any purchase or lease of property or services by use of your credit card after its loss or theft.

**TENNESSEE RESIDENTS:** This Agreement will not become effective unless and until we have (1) provided the disclosures required pursuant to the federal Truth in Lending Act, (2) you or an authorized user uses the account, and (3) we extend credit to you for that transaction on your account.

**WISCONSIN RESIDENTS:** No provision of a marital property agreement, a unilateral statement under sec. 766.59, Wis. Stats., or a court decree under sec. 766.70, Wis. Stats., adversely affects the interest of the creditor unless the creditor, prior to the time credit is granted, is furnished a copy of the agreement, statement or decree or has actual knowledge of the adverse provision when the obligation to the creditor is incurred. **Married residents of Wisconsin applying for an individual account must give us the name and address of their spouse if the spouse also is a Wisconsin resident, regardless of whether the spouse may use the card. Please provide this information to us at P.O. Box 965004, Orlando, FL 32896-5004.**

**PUERTO RICO RESIDENTS:** You may request a copy of this Agreement in Spanish.

**Your signature on the application or sales slip (or online screen) for the initial purchase approved on this Account represents your signature on this Agreement and is incorporated herein by reference.**

**We have signed this Agreement as follows:**

Margaret Keane
Chairman and CEO
GE Capital Retail Bank

---

**YOUR BILLING RIGHTS SUMMARY**

*Your Billing Rights: Keep this Document for Future Use*

This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.

*What To Do If You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at:

GE Capital Retail Bank
P.O. Box 965003
Orlando, FL 32896-5003

In your letter, give us the following information:

- *Account information*: Your name and account number.
- *Dollar amount*: The dollar amount of the suspected error.
- *Description of problem*: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

*What Will Happen After We Receive Your Letter*

When we receive your letter, we must do two things:

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

While we investigate whether or not there has been an error:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

After we finish our investigation, one of two things will happen:

- *If we made a mistake*: You will not have to pay the amount in question or any interest or other fees related to that amount.
- *If we do not believe there was a mistake*: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within *10 days* telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.

*Your Rights If You Are Dissatisfied With Your Credit Card Purchases*

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with Cash Advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:

GE Capital Retail Bank
P.O. Box 965003
Orlando, FL 32896-5003

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

---

**GE CAPITAL RETAIL BANK
SAM'S CLUB® DISCOVER® REWARDS
LOYALTY PROGRAM**

Subject to the terms set forth below, Sam's Club cardholders are eligible to receive a rebate on purchases made with the Sam's Club Discover. Rebates are not available on Sam's Club Credit Card.

**1. Determination of Cash Rebate Percentage.** The amount of your Year-to-Date Purchases will be used to determine the percentage of each Purchase eligible for rebate. The greater the amount of Year-to-Date Purchases, the higher the rebate percentage. However, Year-to-Date Purchases over $250,000 will not be eligible for a rebate. The Purchases on multiple Sam's Club Discover accounts, including business and personal accounts, will be aggregated in determining the $250,000 limit on Purchases eligible for rebates if such accounts are owned by the same person or entity (for example, the accounts have the same name or taxpayer identification number), the accounts have the same guarantor and/or the accounts have an owner and guarantor in common. Sam's Plus™ Members will earn a higher rebate percentage than Sam's Savings™ Members and non-Members.

**2. Rebate Tiers.** The percentage of each Purchase eligible for rebate is as follows:

**SAM'S PLUS™ MEMBERS**

| Amount of Year-to-Date Purchases (including the current Purchase) | Percentage of Purchase Eligible for Rebate |
|---|---|
| Up to $1,500 | 0.25% |
| $1,500.01 – $3,000 | 0.50% |
| $3,000.01 – $5,000 | 1.00% |
| $5,000.01 – $10,000 | 1.75% |
| $10,000.01 – $250,000 | 2.00% |

**SAM'S SAVINGS™ MEMBERS AND NON-MEMBERS**

| Amount of Year-to-Date Purchases (including the current Purchase) | Percentage of Purchase Eligible for Rebate |
|---|---|
| Up to $1,500 | 0.25% |
| $1,500.01 – $3,000 | 0.50% |
| $3,000.01 – $250,000 | 1.00% |

If a Purchase causes Year-to-Date Purchases to span multiple rebate tiers, the applicable rebate percentage for each

spanned tier will apply to that portion of the Purchase falling within such tier. For example, if a Cardholder who is a Sam's Savings™ Member already has Year-to-Date Purchases totaling $2,000, makes an additional $2,000 Purchase, $1,000 of that additional purchase would be eligible for a 0.50% rebate and the remaining $1,000 would be eligible for a 1.00% rebate. If two or more consecutive minimum payments on the Cardholder's account are not paid when due, all accrued rebates will be forfeited and the Cardholder will not accrue any rebates until the billing period after all past due amounts are paid.

**3. Issuance of Rebate Checks.** After each Purchase, a Cardholder will accrue a potential rebate based on the applicable percentage. Rebate checks will be issued each February for the rebate accrued during the previous Card Year. No rebate checks will be issued if the Cardholder's account is delinquent when rebate checks are issued or for amounts of less than $5.00. In order to receive the rebate, the rebate check must be first presented at Sam's Club with proper identification prior to the expiration date shown on the check. Rebate checks will be made out to Sam's Club and may be cashed only at a Sam's Club. Cardholders who are not Members of Sam's Club may cash their rebate checks by obtaining a one-day pass at Sam's Club.

**4. Loss of Rebates.** A Cardholder will forfeit all accrued, unpaid rebates in the following circumstances:
- If two or more consecutive minimum payments on the Cardholder's account are not paid when due;
- If the Cardholder's account is closed for any reason (other than as a result of a lost or stolen card, in which case all accrued rebates will be applied to the replacement card);
- If the two or more consecutive minimum payments on the Cardholder's account have not been paid when due when rebate checks are issued;
- If the accrued rebate is less than $5.00 when rebate checks are issued; or
- If the Cardholder's Sam's Club Membership lapses or terminates.

**5. Other Conditions.** Rebate checks expire on the expiration date printed on the front of the checks. These Terms may be changed or discontinued at any time without notice. Changes may include, among other things, modifying the amount of Purchases required to qualify for the various potential rebate tiers, changing the rebate percentages, imposing additional restrictions, or terminating the program. Cardholder acknowledges that the rebate program is a promotional program as to which no consideration has been paid by the Cardholder. Cardholder further acknowledges that no rebate is earned until all conditions precedent, including presentment of the rebate check at a Sam's Club location prior to the expiration date occurs.

**6. DEFINITIONS.** As used herein, the following terms will have the following meanings:

"Card" means the Sam's Club Discover.

"Cardholders" means the person to whom the Card was issued.

"Card Year" means a calendar year.

"Purchase" means a purchase of merchandise or services for personal, family or household use using the Sam's Club Discover. Use of the Account at any wholesale or grocery merchants, including websites, conducting business using the following names, does not qualify as a Purchase and any transactions at these merchants will not accrue rewards: BJ's Wholesale Club, Core Mark, Costco, GFS Marketplace, Gordon Food Services, Grocery Supply Company, Jetro Cash & Carry, Restaurant Depot, Sysco, GAMA Wholesale (Greater Austin Merchants Cooperative Association), Harbor Wholesale Grocery Inc., Unified Western Grocers, PITCO Foods, The HT Hackney Co. and The C.D. Hartnett Company. Purchase does not include any other type of Card transaction, including cash advances, cash over, Quick Cash Advances, convenience checks or balance transfers. Purchases made for other than personal, family or household use are not eligible for a rebate.

"Terms" means these terms for how to earn cash back rewards.

"Year-to-Date Purchases" means the amount, at the time each Purchase is posted to the Cardholder's account, of net Card purchases (total Card purchases minus returns and adjustments) posted to the Cardholder's account during the Card Year. At the beginning of each Card Year, the amount of Year-to-Date Purchases will be reset to zero.

**PRIVACY POLICY**

Rev. 9/13

| FACTS | WHAT DOES GE CAPITAL RETAIL BANK DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| | The types of personal information we collect and share depend on the product or service you have with us. This information can include: |

| | |
|---|---|
| **What?** | - Social Security number and income<br>- Account balances and payment history<br>- Credit history and credit scores |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons GE Capital Retail Bank chooses to share; and whether you can limit this sharing. |

| **Reasons we can share your personal information** | **Does GE Capital Retail Bank share?** | **Can you limit this sharing?** |
|---|---|---|
| **For our everyday business purposes—**<br>such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes—**<br>to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes—**<br>information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes—**<br>information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | Yes | Yes* |

| | |
|---|---|
| **To limit our sharing** | Call 1-877-969-9021—our menu will prompt you through your choice(s).<br><br>**Please note:**<br><br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice. However, you can contact us at any time to limit our sharing. |
| **Questions?** | Call 1-866-220-0254. |

Page 2

| What we do | |
|---|---|
| **How does GE Capital Retail Bank protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| **How does GE Capital Retail Bank collect my personal information?** | We collect your personal information, for example, when you<br>- open an account or give us your contact information<br>- provide account information or pay your bills<br>- use your credit card<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>- sharing for affiliates' everyday business purposes - information about your creditworthiness<br>- affiliates from using your information to market to you<br>- sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing.<br><br>See below for more on your rights under state law. |

| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |
|---|---|
| **Definitions** ||
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Our affiliates include Retail Finance Credit Services, LLC and companies with a GE, General Electric or Monogram name; financial companies such as General Electric Capital Corporation and Monogram Credit Services; and nonfinancial companies, such as General Electric Company.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Nonaffiliates we share with can include the retailer named on your account and direct marketing companies.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• *Our joint marketing partners include insurance companies.* |
| **Other important information** ||
| We follow state law if state law provides you with additional privacy protections. For instance, if (and while) your billing address is in Vermont, we will treat your account as if you had exercised the opt-out choice described above and you do not need to contact us to opt out. If you move from Vermont and you wish to restrict us from sharing information about you as provided in this notice, you must then contact us to exercise your opt-out choice. ||

*Please keep in mind that, as permitted by federal law, we share information about you with Sam's Club in connection with maintaining and servicing the Sam's Club Discover® Credit Card program, including for Sam's Club to market to you. If you opt out of sharing with nonaffiliates, your opt-out will not prohibit us from sharing your information with Sam's Club.

The above notice applies only to consumer Sam's Club Discover® Credit Card Accounts with GE Capital Retail Bank and does not apply to any other accounts you have with us. It replaces our previous privacy notice disclosures to you. We can change our privacy policy at any time and will let you know if we do if/as required by applicable law.

For helpful information about identity theft, visit the Federal Trade Commission's (FTC) consumer website at http://www.ftc.gov/idtheft.

SAM'S CLUB
[029220B]
(09/13)_T&C-I_DUALCARD_AHTML
APPROVAL

**Important Changes to Your Account Terms**

The following is a summary of changes that are being made to your account terms.

Unless otherwise noted, these changes will take effect on 05/23/16.

| Revised Terms | |
|---|---|
| Late Payment Fee | Up to   $37 |

Additional Information about the Late Payment Fee change

We are increasing the Late Payment Fee applicable to your account. The Late Payment Fee terms in your credit card agreement will be replaced with the Late Payment Fee terms shown below.

Please keep this important document for your records.

"Late Payment Fee

We will charge this fee if we do not receive the total minimum payment due on your account by 5 p.m. (ET) on the due date. This fee is equal to:

1. $27, if you have paid your total minimum payment due by the due date in each of the prior six billing cycles;

OR

2. $37, if you have failed to pay your total minimum payment due by the due date in any one or more of the prior six billing cycles.

The late payment fee will never be more than the total minimum payment that was due."