# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| RONNIE E. DICKENS, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GC SERVICES LIMITED PARTNERSHIP, <br><br> Defendant. | Civil Action No. 8:16-cv-00803-JSM-TGW |

### DEFENDANT, GC SERVICES LIMITED PARTNERSHIP'S, UNOPPOSED MOTION FOR LEAVE TO EXCEED 20-PAGE LIMIT

Defendant, GC Services Limited Partnership, seeks leave of Court to exceed the 20-page limit under Local Rule 3.01(b) for its response in opposition to Plaintiff's motion for class certification. Specifically, Defendant requests a 30-page limit for its response in opposition to Plaintiff's motion for class certification.

Defendant requests a 30-page limit so that its argument regarding the existence of additional Eleventh Circuit and other Circuit Court cases addressing the standing issue can be included in its response in opposition to Plaintiff's motion for class certification.

Counsel for Defendant has conferred with Plaintiff's counsel, who is unopposed to the relief requested in this motion.

June 28, 2018                              Respectfully submitted,

             By: */s/ William S. Helfand*
               William S. Helfand, Esq.
               LEWIS BRISBOIS BISGAARD & SMITH LLP
               24 Greenway Plaza, Ste. 1400
               Houston, Texas 77046
               (713) 659-6767
               (713) 759-6830 (Fax)
               Bill.Helfand@lewisbrisbois.com
               *Trial Counsel*
               *Admitted Pro Hac Vice*

               **ATTORNEY FOR DEFENDANT**
               **GC SERVICES LIMITED PARTNERSHIP**

## **CERTIFICATE OF SERVICE**

   This is to certify that the undersigned counsel has this date, June 28, 2018, electronically filed **Defendant's Unopposed Motion for Leave to Exceed 20-Page Limit** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who have made an appearance in this case, including:

James L. Davidson
Michael L. Greenwald
Jesse S. Johnson
Greenwald Davidson Radbil PLLC
5550 Glades Rd., Ste. 500
Boca Raton, FL 33431
jdavidson@gdrlawfirm.com
mgreenwald@gdrlawfirm.com
jjohnson@gdrlawfirm.com

               */s/ William S. Helfand*
               William S. Helfand