**Exhibit B**

```
 1                UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
 2                      TAMPA DIVISION

 3
     TERRIE E. DICKENS, ON      ) CIVIL ACTION
 4   BEHALF OF THE ESTATE OF    ) NO: 8:16-CV-00803-JSM-TGW
     RONNIE E. DICKENS AND      )
 5   OTHERS SIMILARLY           )
     SITUATED,                  )
 6                              )
                 Plaintiff,     )
 7                              )
     VS.                        )
 8                              )
     GC SERVICES LIMITED        )
 9   PARTNERSHIP,               )
                                )
10               Defendant.     )
     ***********************************************************
11              TELEPHONIC ORAL DEPOSITION OF
                        SHON R. SHERMAN
12                       JUNE 1, 2018
                         Volume 1 of 1
13                       CONFIDENTIAL
     ***********************************************************
14

15         TELEPHONIC ORAL DEPOSITION OF SHON R.

16   SHERMAN, produced as a witness, duly sworn by me at the

17   instance of the PLAINTIFFS, was taken in the

18   above-styled and numbered cause on the 1ST of JUNE,

19   2018, from 9:38 A.M. to 12:35 P.M., via telephone,

20   before PENNY L. PABITZKY, CSR, RPR, in and for the State

21   of Texas, reported by computerized machine shorthand, at

22   the offices of Lewis Brisbois Bisgaard & Smith, 24

23   Greenway Plaza, Suite 400, Houston, Texas, pursuant to

24   the Federal Rules of Civil Procedure and the provisions

25   stated on the record or attached hereto.
 *
 *   Job No. 28183
```

```
 1  when you say "the list that has been provided to me,"
 2  which list are you referring to?
 3      A.   The list of punitive class members.
 4      Q.   Okay.  I actually don't have a copy of that.
 5           MR. HELFAND:  He doesn't have that yet.
 6      Q.   (BY MR. DAVIDSON)  That's a topic I wanted to
 7  ask you about.  So, let me just get into it very
 8  quickly.
 9           Are you able to -- if I was to ask you for
10  the list of punitive class members, not literally today
11  but through discovery, are you able to provide that to
12  me?
13      A.   Yes.
14      Q.   Okay.  Let's move on to Exhibit D.
15           (Marked Exhibit No. D.)
16      Q.   (BY MR. DAVIDSON)  It's the document entitled
17  "Defendant's Objections and Responses to Plaintiff's
18  Second Requests for Production of Documents."
19      A.   Okay.
20      Q.   And have you seen this document before?
21      A.   Yes.
22      Q.   And when was the first time you saw this
23  document?
24      A.   Yesterday.
25      Q.   Okay.  And it's fair to say that you did not
```