UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

|  |  |
|---|---|
| TERRI E. DICKENS, on behalf of the estate of Ronnie E. Dickens and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | Civil Action No.: 8:16-cv-00803-JSM-TGW |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Terri E. Dickens, personal representative of the estate of Ronnie E. Dickens ("Plaintiff"), by and through her undersigned counsel, files this, her Unopposed Motion for Leave to File Notice of Supplemental Authority, and in support, states as follows:

1. On June 27, 2018, GC Services Limited Partnership ("Defendant") filed its Response in Opposition to Plaintiff's Renewed Motion for Class Certification (the "Opposition"). ECF No. 74.

2. The Opposition relies heavily on two opinions from the Sixth Circuit Court of Appeals to argue that Plaintiff does not have standing, and that the proposed class should not be certified. *See, e.g.*, *id.* at 10-13, 17 (citing *Lyshe v. Levy*, 854 F.3d 855 (6th Cir. 2017) and *Hagy v. Demers & Adams*, 882 F.3d 616 (6th Cir. 2018)).

3. On July 30, 2018, the Sixth Circuit affirmed the district court's order granting class certification in a Fair Debt Collection Practices Act case against Defendant that involves the same

1

claims as a result of the same form debt collection letter at issue here. *See Macy v. GC Services Limited Partnership*, No. 17-5593, --- F.3d ----, 2018 WL 3614580 (6th Cir. July 30, 2018).

4. In *Macy*, the Sixth Circuit rejected many of the same standing arguments that Defendant makes here, and specifically distinguished the facts of the case from those in *Lyshe* and *Hagy*. *Macy*, 2018 WL 3614580, at *9.

5. Moreover, in affirming class certification, the Sixth Circuit rejected some of the same standing-based arguments that Defendant asserted here. *Id.* at *10-11.

6. Given that *Macy* is directly on point and relevant to most of the issues raised by Defendant in its Opposition, Plaintiff respectfully requests leave to file a notice of supplemental authority submitting the Sixth Circuit's opinion in *Macy*.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Undersigned counsel certifies that he has conferred with counsel for Defendant and that counsel for Defendant does not oppose the relief requested herein.

Dated: July 31, 2018

/s/ *James L. Davidson*
James L. Davidson
Jesse S. Johnson
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33486
Telephone: (561) 826-5477
Facsimile: (561) 961-5684
jdavidson@gdrlawfirm.com
jjohnson@gdrlawfirm.com

Counsel for Ms. Dickens and the proposed class

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on July 31, 2018, via the Court Clerk's CM/ECF system, which will provide notice to the following counsel of record:

William S. Helfand
LEWIS BRISBOIS BISGAARD & SMITH LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: (713) 659-6767
Facsimile: (713) 759-6830
bill.hefland@lewisbrisbois.com

*/s/ James L. Davidson*
James L. Davidson