**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

|  |  |
|---|---|
| TERRI E. DICKENS, on behalf of the estate of Ronnie E. Dickens and others similarly situated, | **Civil Action No.: 8:16-cv-00803-JSM-TGW** |
| Plaintiff, |  |
| v. |  |
| GC SERVICES LIMITED PARTNERSHIP, |  |
| Defendant. |  |

**NOTICE OF FILING OF CORRECTED PROPOSED**
**ORDER PRELIMINARILY APPROVING SETTLEMENT**

On January 14, 2019, Terri E. Dickens ("Plaintiff") filed her unopposed motion for preliminary approval of class action settlement. ECF No. 111. The version of the proposed order preliminarily approving settlement that Plaintiff attached to her motion contained a scrivener's error. ECF No. 111-2 at 5. Attached hereto is a corrected version of the proposed order preliminarily approving settlement.

Dated:  January 16, 2019              Respectfully submitted,

*/s/ James L. Davidson*
James L. Davidson
Jesse S. Johnson
Greenwald Davidson Radbil PLLC

1

5550 Glades Road, Suite 500  
Boca Raton, FL 33431  
Tel: (561) 826-5477  
Fax: (561) 961-5684  
jdavidson@gdrlawfirm.com  
jjohnson@gdrlawfirm.com

*Counsel for Plaintiff and the class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2019, I electronically filed the foregoing with the Clerk of the Middle District of Florida using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ James L. Davidson*  
James L. Davidson