**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| **RONNIE E. DICKENS, on behalf of himself and others similarly situated,**<br><br>    Plaintiff,<br><br>v.<br><br>**GC SERVICES LIMITED PARTNERSHIP**<br><br>    Defendant(s). | Case No. 8:16-cv-00803-JSM-TGW |

## DECLARATION OF RYAN K. HILTON

Pursuant to 28 U.S.C. § 1746, I, Ryan K. Hilton, declare as follows:

1. I am a member of Butler Weihmuller Katz Craig LLP, and counsel to Defendant, GC Services Limited Partnership ("Defendant"), in the above-captioned matter.

2. I submit this Declaration detailing Defendant's compliance with the notice requirements of the Class Action Fairness Act, 28 U.S.C. § 1711, *et seq.* ("CAFA").

3. Attached hereto as Exhibit 1 is a true and correct copy of the letter sent pursuant to CAFA ("CAFA Notice") on January 25, 2019, to the United States Attorney General. See 28 U.S.C. § 1715(a)(1). As required by 28 U.S.C. § 1715(a)(2), a similar letter was mailed to the Attorney General for the State of Florida.

4. As required by 28 U.S.C. § 1715(b), the CAFA Notice provided the definition of the Settlement Class. Enclosed with the CAFA Notice were copies of: (i) the Class Action Complaint; (ii) the Unopposed Motion for Preliminary Approval, and all

supporting exhibits, including the Declaration of James L. Davidson in Support of the Motion for Preliminary Approval; the Class Action Settlement Agreement and Release; the proposed Order Preliminarily Approving the Settlement; the proposed short and long form notices to class members; the proposed Order Preliminarily Approving Settlement; and the proposed Final Order and Judgment; and (iii) Notice of Filing of Corrected Proposed Order Preliminarily Approving Settlement.  Also enclosed was a copy of the signed and filed Order Preliminarily Approving Settlement.  (See Exhibit 1).

5. At this time, the undersigned has not received any communications from the recipients of the CAFA Notice.

6. To the best of my knowledge, Defendant has fully complied with CAFA and has satisfied all its obligations thereunder.

I declare under penalty of perjury that the foregoing statements are true and correct.

*Ryan K. Hilton*
_____
RYAN K. HILTON

Dated: January 25, 2019